# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUAN ANDRADE, | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION |
|        v. | : | |
| | : | NO. 10-CV-944 |
| WALGREENS-OPTIONCARE, INC., | : | |
| OPTION CARE, INC., WALGREEN | : | |
| EASTERN CO., INC., OPTION CARE | : | |
| ENTERPRISES, INC., | : | |
|     Defendants. | : | |
| | : | |

## ORDER

**AND NOW**, this __18th__ day of April 2011, it is **ORDERED** that Plaintiff's Motion in limine to exclude all evidence relating to Plaintiff's immigration status and employment records (ECF No. 20) is **GRANTED** in part and **DENIED** in part, as explained in the Memorandum of this same date (ECF No. 43).

It is **FURTHER ORDERED**, as read onto the record at the Final Pre-Trial Conference on April 7, 2011, that Plaintiff's Motion in limine to exclude expert testimony and certain evidence that was allegedly not timely produced (ECF No. 25) is **DENIED**.

                                                   s/Anita B. Brody
                                        _____
                                        ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                  Copies **MAILED** on _____ to: